IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01395-WYD-CBS

CONTRUCTJOB, INC., a Colorado corporation; and
NATALIE ABSHIER, an individual,

    Plaintiffs,

v.

ACCUBID SYSTEMS, LTD., an Ontario, Canada corporation,

    Defendant.

## **ORDER**

THIS MATTER is before the Court on Plaintiffs, Construct Job, Inc. and Natalie Abshier and Defendant Accubid Systems, Ltd.'s Notice of Stipulated Dismissal With Prejudice, filed October 16, 2007 (docket # 17).  The Court having reviewed the Stipulation, and having fully considered the grounds therein, it is hereby

ORDERED that Plaintiffs, Construct Job, Inc. and Natalie Abshier and Defendant Accubid Systems, Ltd.'s Notice of Stipulated Dismissal With Prejudice, filed October 16, 2007 (docket # 17) is **APPROVED**.  It is

FURTHER ORDERED that this case is **DISMISSED WITH PREJUDICE,** each party to pay its own attorneys' fees and costs.

Dated: October 17, 2007

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              U. S. District Judge